141 A.3d 1286

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Saleem SHABEZZ, Respondent.**

**Commonwealth of Pennsylvania, Petitioner,**

**v.**

**Saleem Shabezz, Respondent.**

Supreme Court of Pennsylvania.

July 19, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Does the Fourth Amendment entitle a defendant to suppress the fruits of a search where it is undisputed that he had no privacy interest in the area searched?